FILED

07/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0137

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0137
_____

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

SHELBY BRYAN RAGNER,

    Defendant and Appellant.

_____

FILED

JUL 0 7 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Pursuant to Appellant's motion for extension of time to file his reply brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant's motion for extension is GRANTED. Appellant has until August 13, 2022, within which to file his reply brief.

No further extensions will be granted.

DATED this ____ day of July, 2022.

For the Court,

_____
Chief Justice